IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | CRIMINAL 15-075-01 (GAG) |
| ) | |
| vs ) | |
| ) | |
| ) | |
| OSCAR MARTINEZ-HERNANDEZ (1) ) | |
| Defendant | |

MOTION TO RESTRICT IN ACCORD WITH STANDING ORDER 9

TO THE HONORABLE COURT:

COMES NOW the defendant, Oscar Martinez Hernandez, through his undersigned counsel, and respectfully moves for permission to file a motion requesting order which per its terms ought to be accessible only to the Selected Party.

WHEREFORE, counsel respectfully request that the relief sought be granted.

On this 22nd day of August 2018, it is Respectfully Submitted,

s/Jose Luis Novas Debien
USDC-PR # 213905
PMB 382
Calaf 400
San Juan, Puerto Rico 00918
Tel:  787-754-8300
Cell: 787-640-2174
E-Mail: jnovas1@gmail.com
Counsel for Oscar Martinez-Hernandez

CERTIFICATE OF SERVICE

I hereby certify that on August 22nd, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with consequent service on counsel for all parties.

    s/Jose Luis Novas Debien
    Counsel for Oscar Martinez-Hernandez